FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED
_____
*Plaintiff*

v.

UNITED STATES DEPARTMENT OF STATE
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 15-cv-518   ABJ

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. CHRISTIAN BERG
1006 PENNSYLVANIA AVE. SE
WASHINGTON, DC 20003

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   04/09/2015   _____

_____
/s/ Rodney Davis, Jr.
*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No. 15-cv-518

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 15-cv-518   ABJ
_____ )
UNITED STATES DEPARTMENT OF STATE )
_____ )
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF STATE
2201 C STREET NW
WASHINGTON, DC 20520

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      R. CHRISTIAN BERG
1006 PENNSYLVANIA AVE. SE
WASHINGTON, DC 20003

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____04/09/2015_____

_____/s/ Rodney Davis, Jr._____
*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No. 15-cv-518

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ❏ I personally served the summons on the individual at *(place)* _____

                                      on *(date)* _____ ; or

     ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ❏ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

                                        on *(date)* _____ ; or

     ❏ I returned the summons unexecuted because _____ ; or

     ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                         _____
                                                 *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                               *Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF STATE | ) |
| _Defendant_ | ) |

Civil Action No. 15-cv-518   ABJ

## SUMMONS IN A CIVIL ACTION

To:    _(Defendant's name and address)_ UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 FOURTH ST. NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
R. CHRISTIAN BERG
1006 PENNSYLVANIA AVE. SE
WASHINGTON, DC 20003

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date:    04/09/2015                                        /s/ Rodney Davis, Jr.

_Signature of Clerk or Deputy Clerk_

FOIA Summons (12/11) (Page 2)

Civil Action No. 15-cv-518

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: