# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br>1006 Pennsylvania Avenue, S.E.<br>Washington, DC 20003<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE,<br>2201 C Street, N.W.<br>Washington, D.C. 20520<br><br>        Defendant. | Civil Action No. 15-cv-518 (ABJ) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 3rd day of June, 2015, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant, the United States Department of State was served via certified mail pursuant to the provisions of Federal Rule of Civil Procedure 4(i) on April 15, 2015.

I further certify under penalty of perjury that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for plaintiff and that no extension has been given, the time for filing has expired, and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Dated: June 3, 2015                                               Respectfully submitted,

                                                                                        CITIZENS UNITED

                                                                                        /s/ *Ralph Christian Berg*
                                                                                        Ralph Christian Berg
                                                                                        D.C. Bar No. 496321

chris@chrisberglaw.com
1006 Pennsylvania Avenue, S.E.
Washington, DC 20003
(202) 547-5420

*Attorney for Plaintiff*