Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED

       Plaintiff(s)

v.

Civil Action: 15-cv-00518-ABJ

UNITED STATES DEPARTMENT OF STATE

       Defendant(s)

**RE:** UNITED STATES DEPARTMENT OF STATE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 15, 2015, and an affidavit on behalf of the plaintiff having been filed, it is this __4__ day of __June__, __2015__ declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
      Deputy Clerk