IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS UNITED,<br>1006 Pennsylvania Avenue, S.E.<br>Washington, DC 20003 | )<br>)<br>)<br>) |  |
| Plaintiff, | )<br>) | Civil Action No. 15-cv-518 (ABJ) |
| v. | )<br>) |  |
| UNITED STATES DEPARTMENT<br>OF STATE,<br>2201 C Street, N.W.<br>Washington, D.C. 20520 | )<br>)<br>)<br>)<br>) |  |
| Defendant. | )<br>) |  |

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, David N. Bossie, hereby declare as follows:

1. I currently serve as President of Citizens United, a Virginia non-stock corporation with its principal place of business in Washington, D.C.

2. As President I oversee and supervise the day-to-day operations of Citizens United. In this capacity I have personal knowledge of Citizens United's activities, including its Freedom of Information Act requests.

3. Citizens United is a non-profit organization that is widely known for producing cutting edge documentary films on matters of public importance. Citizens United regularly makes Freedom of Information Act requests in order to gain access to public records and disseminate its findings to the public through its filmmaking.

4. On June 2, 2014 Citizens United filed a Freedom of Information Act request for correspondence between State Department officials and the Chagoury Group, a West African company based in Lagos, Nigeria. As of today's date, Citizens United has not received a single

responsive document in response to its request. Citizens United has in fact not received any additional correspondence from the State Department regarding this request beyond acknowledging its receipt.

5. On August 22, 2014, Citizens United filed a Freedom of Information Act request for correspondence between senior State Department officials and Mr. Rajiv "Raj" Fernando. As of today's date, Citizens United has not received a single responsive document in response to its request.

6. In April of 2015, having waited more than seven months with no signs of any progress being made by the State Department to process Citizens United's Freedom of Information Act requests we filed suit.

7. This lawsuit to compel disclosure of documents under the Freedom of Information Act was filed on April 9, 2015. Service of process was made by certified mail on April 10, 2015, with copies having been received by the State Department, United States Attorney General, and United States Attorney for the District of Columbia on April 15, 2015.

8. More than thirty (30) days have elapsed since the defendant was served, and the defendant, consistent with its lackadaisical attitude towards Freedom of Information Act requests, has failed to plead or otherwise defend itself in this action.

9. Default was entered against the defendant by the Clerk today, June 4, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2015.

_____
David N. Bossie
President, Citizens United