**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS UNITED, ) <br> 1006 Pennsylvania Avenue, S.E. ) <br> Washington, DC 20003 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF STATE, ) <br> 2201 C Street, N.W. ) <br> Washington, D.C. 20520 ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 15-cv-518 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion for Default Judgment it is hereby ORDERED:

1. Default Judgment is hereby entered against the State Department.

2. The State Department shall conduct a search for any and all responsive records to Citizens United's FOIA requests and produce within thirty (30) days any and all non-exempt records responsive to those FOIA requests.

3. The State Department shall produce a Vaughn index of any responsive records withheld under claim of exemption within thirty (30) days.

_____
The Honorable Amy Berman Jackson
United States District Judge